No. 5242. GRUVER v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 5243. CISNEROS v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5244. ALERS v. MUNICIPALITY OF SAN JUAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 5248. MOHLAND v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 5252. TYLER ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 5253. CASEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5255. SHOLE v. O'FERRALL, ASSISTANT ATTORNEY GENERAL OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 5262. YOUNG v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 5263. JARRELS v. WARDEN, QUEENS HOUSE OF DETENTION FOR MEN. C. A. 2d Cir. Certiorari denied.

No. 5264. MANCUSO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5266. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5267. WALKER v. FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 5268. SANDERS v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.